**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JASON R. NORTON, #528659,

       Plaintiff,

                             CASE NO. 2:07-CV-14104
v.                              HONORABLE LAWRENCE P. ZATKOFF

KEN ROMANOWSKI, et al.,

       Defendants.
                                       /

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated October 12, 2007, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan this 12th day of October, 2007.


                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                               BY:    s/Marie E. Verlinde


APPROVED:


 s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE